IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**GEORGIA MCCLENTON**                                                                    **PLAINTIFF**

**vs.**                                                               **CIVIL ACTION NO. 4:16CV183-SA-JMV**

**CANNON CHEVROLET, CADILLAC,
NISSAN INC. d/b/a
Cannon Motors of Mississippi,
FCA US LLC d/b/a CHRYSLER**                                **DEFENDANTS**

## ORDER DISMISSING PLAINTIFF'S
## CLAIM FOR LOSS OF VEHICLE WITHOUT PREJUDICE

THIS CAUSE is before the Court on Plaintiff Georgia McClenton's Motion to Dismiss her claim for the loss of the vehicle without prejudice, and the Court finding that State Farm Insurance Company has filed an additional action against the Defendant in the County Court of Coahoma County, the instant Motion should be GRANTED and that Plaintiff's claim for loss of the vehicle should be dismissed without prejudice with all other claims remaining including loss of insurance deductible.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Georgia McClenton's claim for loss of vehicle is hereby DISMISSED WITHOUT PREJUDICE.

SO ORDERED, this the 28th day of July, 2017.

                                                                        /s/ Sharion Aycock
                                                                        UNITED STATES DISTRICT JUDGE