IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

GEORGIA MCCLENTON                                                                    PLAINTIFF

V.                                                                       CAUSE NO.: 4:16CV183-SA

CANNON CHEVROLET, CADILLAC,
NISSAN INC. d/b/a Cannon Motors of Mississippi,
FCA US LLC d/b/a CHRYSLER                                                          DEFENDANTS

ORDER

For the reasons fully articulated in the Court's Memorandum Opinion issued this day, Plaintiff's Motion to Remand [13] is DENIED.

SO ORDERED this the 28th day of September, 2017.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE