**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

| | |
|---|---|
| **GEORGIA McCLENTON** | **PLAINTIFF** |
| **VS.** | **CIVIL ACTION NO.: 4:16-cv-183-SA-JMV** |
| **CANNON CHEVROLET, CADILLAC,** | |
| **NISSAN INC. AND FCA US, LLC.** | **DEFENDANTS** |

## ORDER LIFTING STAY

This matter is before the court consistent with an order [16] entered on October 5, 2016, staying this case pending a ruling on the motion to remand. The District Judge has found that removing Defendant, FCA, has demonstrated that the threshold for diversity jurisdiction exists, and has denied the motion to remand, *see* Order [31]. Accordingly, the stay should be lifted, and this action may proceed.

**IT IS, THEREFORE, ORDERED** that the stay of the above-styled matter is hereby **LIFTED,** and a case management conference will be set by further notice of the court.

**SO ORDERED**, this the 11th day of October, 2017.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**