# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**GEORGIA MCCLENTON**                                                                   **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO.: 4:16-cv-183-SA-JMV**

**CANNON CHEVROLET, CADILLAC,**
**NISSAN INC. D/B/A**
**CANNON MOTORS OF MISSISSIPPI,**
**FCA US LLC D/B/A CHRYSLER**                                           **DEFENDANTS**

## ORDER

Before the court is Defendant's Motion for Joinder [42] of a party. Defendants seek to add Plaintiff's husband, Christopher McClenton, as a required party pursuant to Fed. R. Civ. P. 19, and to, upon his joinder, have Christopher McClenton added as a plaintiff. According to Defendants, the subject property is in the name of both Plaintiff and Christopher McClenton. Defendants assert that Mr. McClenton could also sue to for damage to the property— therefore resulting in the substantial risk of the Defendants' incurring double, multiple, or otherwise inconsistent obligations because of his interest in the property. Plaintiff does not oppose the motion, and joinder would not destroy diversity. Accordingly, for good cause shown, the court is of the opinion that the motion is well taken and should be GRANTED.

**THEREFORE, IT IS ORDERED**:

1. That Defendant's motion is hereby GRANTED.

2. That within fourteen (14) days of this date, Plaintiff Georgia McClenton shall amend the complaint to add Christopher McClenton as a party plaintiff, if Mr. McClenton is willing to join the suit as a plaintiff. However, if Mr. McClenton refuses to be joined as a plaintiff, within the same time frame, plaintiff shall amend the complaint to add Mr. McClenton as a party-defendant. In the latter case, Plaintiff shall serve Mr. McClenton with process, along

with a copy of this order, in accordance with Fed. R. Civ. P. 4, within 21 days of the filing of the amended complaint.

**SO ORDERED** this, the 4th day of December, 2017.

/s/Jane M. Virden
UNITED STATES MAGISTRATE JUDGE