IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

GEORGIA MCCLENTON and
CHRISTOPHER MCCLENTON                                                           PLAINTIFFS

VS.                                       CIVIL ACTION NO.: 4:16-CV-00183-SA-JMV

CANNON CHEVROLET, CADILLAC,
NISSAN, INC. d/b/a
Cannon Motors of Mississippi,
FCA US LLC d/b/a CHRYSLER                                                       DEFENDANTS

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court on the *ore tenus* motion of all parties, and the Court being advised that all claims against Defendants in this action have been fully and finally compromised and settled and that Defendants should be dismissed with prejudice from this action.

IT IS, THEREFORE, ORDERED AND ADJUDGED that all claims against Defendants in this action have been fully and finally compromised and settled and that Defendants are dismissed with prejudice from this civil action, and that each party shall pay their own costs.

SO ORDERED AND ADJUDGED on this the 23rd day of March, 2018.


    /s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE